# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| RONALD EVANS f/b/o The Ronald Evans IRA account #1713313,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK C. WEIR, ECW INVESTING, LLC, SC STRATEGIC OPPORTUNITY FUND, LLC, CHERRY BEKAERT LLP, JOHN AND JANE DOE CORPS 1-10 and JOHN AND JANE DOES 1-10,<br><br>Defendants. | C.A. No.: 6:24-cv-03404-BHH<br><br><br><br>**NOTICE OF APPEARANCE** |

Lane W. Davis of the law firm of Maynard Nexsen, PC, hereby enters his appearance on behalf of Defendants Erik C. Weir and ECW Investing, LLC in the above-captioned matter.

Respectfully Submitted,

*s/ Lane W. Davis*
Lane W. Davis (Fed. ID No. 7739)
MAYNARD NEXSEN, PC
104 South Main Street, Suite 900 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603-0648
PHONE: 864.370.2211
FACSIMILE: 864.282.1177
LDavis@maynardnexsen.com

July 2, 2024
Greenville, South Carolina

*Counsel for Defendants Erik C. Weir and ECW Investing, LLC*