# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| RONALD EVANS f/b/o The Ronald Evans IRA account #1713313,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK C. WEIR, ECW INVESTING, LLC, SC STRATEGIC OPPORTUNITY FUND, LLC, CHERRY BEKAERT LLP, JOHN AND JANE DOE CORPS 1-10 and JOHN AND JANE DOES 1-10,<br><br>Defendants. | C.A. No.:  6:24-cv-03404-BHH<br><br><br><br>**ACCEPTANCE OF SERVICE** |

I, Lane W. Davis of Maynard Nexsen, P.C., hereby accept service of the Summons and Complaint served upon me, as counsel for Defendants Erik C. Weir and ECW Investing, LLC, on this 2nd day of July, 2024. I hereby represent that I have been authorized by these Defendants to accept service of this process.

                                          Respectfully Submitted,

                                          *s/ Lane W. Davis*
                                          Lane W. Davis (Fed. ID No. 7739)
                                          MAYNARD NEXSEN, PC
                                          104 South Main Street, Suite 900 (29601)
                                          Post Office Drawer 10648
                                          Greenville, South Carolina 29603-0648
                                          PHONE:  864.370.2211
                                          FACSIMILE:  864.282.1177
                                          LDavis@maynardnexsen.com

July 2, 2024                                   *Counsel for Defendants Erik C. Weir and*
Greenville, South Carolina                 *ECW Investing, LLC*

1