**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
CIVIL ACTION NO.: 6:24-CV-03404-BHH**

| | | |
|---|---|---|
| RONALD EVANS f/b/o The Ronald Evans IRA account #1713313 | ) ) ) | |
| Plaintiff, | ) ) | |
| **vs.** | ) ) | |
| ERIK C. WEIR, ECW INVESTING, LLC, SC STRATEGIC OPPORTUNITY FUND, LLC, CHERRY BEKAERT LLP, JOHN AND JANE DOE CORPS 1-10 and JOHN AND JANE DOES 1-10, | ) ) ) ) ) ) | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | ) ) | |

**TO: THE HONORABLE BRUCE HOWE HENDRICKS, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA.**

**PLEASE TAKE NOTICE THAT** Plaintiff, Ronald Evans, for the benefit of The Ronald Evans IRA account #1713313, by and through his attorney, whose signature appears hereinbelow, with the consent of Defendants, Erik C. Weir, ECW Investing, LLC, SC Strategic Opportunity Fund, LLC, Cherry Bekaert LLP, by and through their respective attorneys, whose respective signatures appear hereinbelow, hereby stipulates to a voluntary dismissal of this matter, without prejudice, pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii).

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

**[SIGNATURES APPEAR ON NEXT PAGE]**

**WE SO MOVE:**

**PRITCHARD LAW GROUP, LLC**

*/s/ Edward K. Pritchard, III*
Edward K. Pritchard, III, Esq.
(Federal ID No. 4790)
E-Mail: epritchard@pritchardlawgroup.com
8 Cumberland Street, Suite 200 (29401)
Post Office Box 630
Charleston, South Carolina 29402
(843) 722-3300 Telephone
(843) 722-3379 Facsimile
***ATTORNEY FOR PLAINTIFF RONALD EVANS F/B/O THE RONALD EVANS IRA ACCOUNT #17133***

September 3, 2024
Charleston, South Carolina

**WE CONSENT:**

**MAYNARD NEXSEN, PC**

*/s/ Lane W. Davis*
Lane W. Davis, Esq.
(Federal ID No. 7739)
Email: LDavis@maynardnexsen.com
Konstantine Peter Diamaduros, Esq.
(Federal ID No. 12368)
Email: KDiamaduros@maynardnexsen.com
104 South Main Street, Suite 900 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603-0648
(864) 370-2211 Telephone
(864) 282-1177 Facsimile
***ATTORNEYS FOR DEFENDANTS, ERIK C. WEIR AND ECW INVESTING, LLC***

September 3, 2024
Greenville, South Carolina

**RIMON LAW**

*s/ Keith D. Munson*
Keith D. Munson, Esq.
(Federal ID No. 6843)
Email: Keith.Munson@rimonlaw.com
220 North Main Street, Suite 500
Greenville, South Carolina 29601
864-420-3426 Phone
***ATTORNEY FOR DEFENDANT SC STRATEGIC OPPORTUNITY FUND, LLC***

September 3, 2024
Greenville, South Carolina

**RICHARDSON, PLOWDEN & ROBINSON, PA**

*/s/Caleb Martin Riser*
Caleb Martin Riser, Esq.
(Federal ID No. 10666)
Email: criser@richardsonplowden.com
Anthony E. Rebollo, Esq.
(Federal ID No. 7983)
Email: trebollo@rpcrlaw.com
Post Office Drawer 7788
Columbia, South Carolina 29202
(803) 771-4400 Telephone
(803) 779-0016 Facsimile
***ATTORNEYS FOR DEFENDANT, CHERRY BEKAERT LLP***

September 3, 2024
Columbia, South Carolina